AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

2017 JUL 31  AM 11: 12

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

The United States of America

~~United States of America~~
v.

Dean E. Rietberg Reg #: P38872
125 Ottawa NW, Ste. 200R Grand Rapids MI 49503

)
)
)
)
)
)
)
)

Case No.

16-80283-jtg

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____5/18/2017_____ in the county of _____Kent_____ in the
___Western___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 401 | Power of Court : A court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority, and none other, as—<br>(1)Misbehavior of any person in its presence or so near thereto as to obstruct the administration of justice;<br>(2)Misbehavior of any of its officers in their official transactions;<br>(3)Disobedience or resistance to its lawful writ, process, order, rule, decree, or command. |

This criminal complaint is based on these facts:

The individual using the false identity Dean E. Rietberg claiming to be prosecuting this matter for a plaintiff having no legal standing is using an unauthorized process in a court of an improper venue depriving me of rights under color of law in violation of 18 USC 242, and is in contempt of court. A more extensive affidavit of facts is attached.

*Geraldine M. Knox   July 19, 2017*

☑ Continued on the attached sheet.

GERALDINE M KNOX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BERRIEN
My Commission Expires February 7, 2024
Acting in the County of ___Berrien___

Sworn to before me and signed in my presence.

Date: July 19, 2017

By: *Allen-bey, linda ann beneficiary*
    *Complainant's signature*

By: *Linda Ann Allen-Bey - Beneficiary*
    *Printed name and title*

Date: _____

City and state: _____

_____
*Judge's signature*

_____
*Printed name and title*

# AFFIDAVIT OF FACTS

FILED
2017 JUL 31 AM 11: 14
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

I, Linda Ann Allen-Bey affirm that I truly believe:

1. That the style of name "Dean E. Rietberg" is not the style name of any attorney admitted to practice in this state. The style name Dean Edward Rietberg is admitted to practice in the State of Michigan **not** Dean E. Rietberg I ask this court to order the individual using "Dean E. Rietberg" as identification to enter his certificate of admission for the state in the official record of these proceedings for a judicial determination.

2. The "United States Trustee" is not a plaintiff with legal standing in this matter. Only the sovereign can allege a violation of its laws in its own name.

3. The individual using the false identification "Dean E. Rietberg" has filed documents under color of law in this matter using the names of at least two different courts:
1. United States Bankruptcy Court Western District of Michigan
2. United States Bankruptcy Court for the Western District of Michigan

4. My understanding is that the "district court of the United States" bankruptcy division is the proper court for bankruptcy hearings. At least one of these courts is a court of an improper venue.

5. On 5/18/2017 "Dean E. Rietberg" simulated a legal process "SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSE PROCEEDING)" to a legal fiction "Jane Doe" a.k.a. "Linda A. Allen" and it attempting to coerce my accepting this abomination as my identification in a legal matter requiring the use of full legal names.

6. As stated on USLEGAL.com:
According to 6 CFR 37.3 (Title 6 - Homeland Security; Chapter I - Department Of Homeland Security, Office Of The Secretary; Part 37 -Real Id Driver's Licenses And Identification Cards; Subpart A – General), Full legal name means "an individual's first name, middle name(s), and last name or surname, without use of initials or nicknames."

7. The use of "Linda A. Allen" and "Dean E. Rietberg" by the individual prosecuting for a plaintiff with no legal standing is a violation of 6 CFR 37.3.

8. These entire proceedings are an attempt to seize my private property without due process. I am the sole proprietor of LINDA ANN ALLEN and the real party in interest to the Social Security Account under the Social Security Account Number 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. I ask the district court of the United States inquire into this matter, and make a judicial determination of my rights, titles and interest into the property in dispute, discharge any debts then return to me what is mine for my exclusive use and enjoyment.

Date: July 19, 2017          by: _Allen-bey, Linda Ann_ beneficiary
                                  Linda Ann Allen-Bey

## JURAT

Berrien County    )
        ) SS
Michigan State    )

SUBSCRIBED TO AND SWORN before me on this ___19th___ day ___July___ 2017 A.D. a Notary that ___Linda Allen-bey, Ann___, personally appeared and known to me to be the woman whose name subscribed to within the instrument and acknowledged to be the same.

___Geraldine M. Knox___
Notary Public

Seal;

GERALDINE M KNOX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BERRIEN
My Commission Expires February 7, 2024
Acting in the County of ___Berrien___

My Commission Expires ___February 7, 2024___

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

2017 JUL 31 AM 11: 14

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH

In re:

Linda A. Allen,
a/k/a Linda Ann Allen Bey,
a/k/a Linda A. Allen [sic],

        Debtor./

Case No. GK16-03152
Chapter 7
Hon. John T. Gregg

United States Trustee,

        Plaintiff,

v.

Linda A. Allen,

        Defendant./

Adv. Proc. No. 16-80283

## DOCUMENT PRODUCTION REQUIREMENTS ATTACHMENT
## TO UNITED STATES TRUSTEE'S
## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN AN ADVERSARY PROCEEDING

You, or your representatives, must also bring with you to the deposition the following documents and electronically stored information:

1. Your bankruptcy Petition, Schedules, Statement of Financial Affairs filed in your bankruptcy case, and any amendments to those documents, including the original signature pages for those documents.

2. All documents relating to your alleged debt to the Internal Revenue Service, including collection notices from the IRS.

3. All trusts formed by you during the past ten years, including but not limited to the following trusts:

9. All pleadings supporting your lawsuit of mistaken identity filed in *United States v. Allen*, Case No. 1:16-cv-00256-JTN-ESC.

10. All contact information you have for anyone you have communicated with about the formation of any of the trusts listed in item 3 above.

11. Any and all documents that you intend to use in your defense or at the trial in this adversary proceeding.

DANIEL M. McDERMOTT
United States Trustee
Region 9

Dated:_____5-17-17_____    By:_____/s/_____
Dean E. Rietberg (P38872)
Trial Attorney
Office of the U.S. Trustee
125 Ottawa Ave. NW
Suite 200R
Grand Rapids, MI   49503

Tel: (616) 456-2002 ext. 115

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Michigan

In re Linda A. Allen
           Debtor

Case No. GK16-03152

Chapter 7

*(Complete if issued in an adversary proceeding)*

United States Trustee
           Plaintiff
           v.
Linda A. Allen
           Defendant

Adv. Proc. No. 16-80283

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Linda A. Allen

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE | DATE AND TIME |
|---|---|
| Office of the U. S. Trustee-125 Ottawa NW, Ste 200R Grand Rapids MI 49503 | 06/06/17    10:00 am |

The deposition will be recorded by this method:
Certified court reporter, to be provided by the U. S. Trustee

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
SEE ATTACHMENT

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/18/17

CLERK OF COURT

_____          OR   /s/ [Attorney signature]
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
United States Trustee            , who issues or requests this subpoena, are:
Dean E. Rietberg-125 Ottawa NW Ste. 200R Grand Rapids MI 49503- dean.e.rietberg@usdoj.gov-(616) 456-2002 ext. 115

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

FILED

2017 JUL 31 AM 11: 13

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

United States District Court
United States Bankruptcy Court Western District of Michigan
Linda Lane
1 Division Ave. N Room 200
Grand Rapids, Michigan 49503
(616) 456-2693

16-3152-jtg

Dear Linda Lane

Enclose are the following documents: **Criminal Complaint, Notice of Deprivation of rights, For the Record ( My Substantive Rights), Motion for Improper Venue and lack of Personal Jurisdiction FRCP 12b, Exhibit A (Affidavit of Citizenship Status), Exhibit B (Affidavit of Life), Exhibit C (Medical Record), and Proof of NO tax liens or financing statements.** These documents are to be recorded and placed on and for the record for case number **16-80283-jtg**. After recorded and placed on the record please give these documents to Hon. Judge Gregg in pursuant to his instructions on July 20, 2017.

Date July 20, 2017

by; _Allen-bey, Linda ann beneficiary_
Linda Ann Allen Bey
c/o P.O. Box 8990
Benton Harbor, Michigan [49023]
(616) 861-1031