Linda Ann Allen-Bey
P.O. Box 8990
Benton Harbor, Michigan [49023]
(269) 861-1031

FILED

2017 JUL 31  AM 11: 14

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

United States District Court
United States Bankruptcy Court For the Western District Of Michigan
Judge John Gregg
1 Division Ave. N Room 200
Grand Rapids, Michigan 49503
Phone: (616) 456-2693

Date: July 20, 2017

Re: Notice of deprivation of rights under color of law; prosecution in an improper venue, Case GK16-03152 & 16-80283; petition for discharge; request exhibits be identified by the court.

I, Linda Ann Allen-Bey, sui juris and real party in interest petition the United States Bankruptcy Court For the Western District of Michigan to discharge Case GK16-03152 & 16-80283 and any others incorporated by reference. I believe the plaintiff's attorney of record is an officer of the court who is prosecuting this matter in an improper venue (United States Bankruptcy Court For the Western District of Michigan) for a plaintiff using a false identity, and against Linda Ann Allen-Bey defendant, causing a deprivation of my rights under color of law.

I believe the plaintiff's attorney of record is in contempt of court, violating the Constitution of the United States, 18 USC 242, and the Law of God. I ask the United States Bankruptcy Court For The Western District Of Michigan discharge Case: GK 16-03152 & 16-80283   and provide me complete legal and equitable relief the court deems just.

I include with this petition a common copy of the summons and the compliant that evidence the different names of courts for different venues and ask they be identified as exhibits of evidence in the official court record.

I have read the foregoing petition and know the contents thereof.
The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on July 20, 2017, at Kent County, Michigan.
I declare (or certify) under penalty of perjury that the foregoing is true and correct.

Date: July 20, 2017

By, allen-bey, linda ann beneficiary
Linda Ann Allen-Bey