FILED
2017 JUL 31 AM 11: 14
DANIEL M. LAVOIE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

United States Trustee, CORPORATION
  Plaintiff
  V.
allen, linda ann, living woman
Defendant

Judge John T. Gregg

Adv. Proc. No. 16-80283

## FOR THE RECORD

1. I allen-bey, linda ann am the beneficiary now the trust is establish these proceeding diminish ( become less) my substantive (being human life, liberty, happiness) rights in private.

2. Let the record show the trust is a variable, (changeable) today **nunc pro tunc** (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my unalienable and substantive rights.

3. I allen-bey, linda ann grant the name to the courts for future returns of my interest, let the record show that the judge(s) agree that trust is a variable he/she receives my name in a special deposit.

Date: July 20, 2017

By: allen-bey, linda ann beneficia[ry]