FILED

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

2017 JUL 31   AM 11: 14

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST OF MICH.

United States Trustee,
Plaintiff
  V.
 Linda A. Allen,
Defendant

Adv. Proc. No. 16-80283

/

### MOTION FOR IMPROPER VENUE AND LACK OF PERSONAL JURISDICTION
### PURSUNT TO FRCP12 b (2)(3)

**1.** I allen-bey, linda a Private American State Citizen living woman, petition the court to take Judicial Notice that the Plaintiff's attorney is an officer of the court, whose in criminal contempt of court for bringing this matter in an improper venue. In violation of my substantive rights that I have protected in the Bill of Rights and United States Constitution. ***"The Supreme Law of the Land" See Exhibit A***

**2. LINDA A. ALLEN, Linda A. Allen, LINDA ANN ALLEN,** any and all derivatives thereof is not my lawful full name and the use of any fiction in place of my full lawful name in a legal matter is **FRAUD** and deprivation of rights **[section 242 of title 18]** under color of law in which is a violation of the laws for Michigan and the United States.

**3.** This court lacks personal jurisdiction over claims, allegations brought by an US Trustee Attorney against a private **living, breathing,** American State Citizen Woman. For much the same reason venue is also improper here. ***See Exhibit B***

**4.** I am demanding a full accounting. Equitable relief on the discharge because there is no violation. No creditors objected to the bankruptcy, no creditors appeared at the hearing ,no creditors objected to the discharge. I demand these allegations be dismiss with prejudice, and grant the discharge and any other equitable remedy the court may deem appropriate.

Date: July 11, 2017                    by; Allen-bey, linda ann
                                          Allen-Bey, Linda Ann


### JURAT

Berrien County        )
                      ) SS
Michigan State        )


SUBSCRIBED TO AND SWORN before me on this __11__ day __July__ 2017

A.D. a Notary that __Allen-bey, linda ann__ personally appeared and known to me to

be the woman whose name subscribed to within the instrument and acknowledged to be

the same.


_____Geraldine M. Knox_____
        Notary Public

                                              Seal;

                              ┌──────────────────────────────────────┐
                              │        GERALDINE M KNOX              │
                              │  NOTARY PUBLIC - STATE OF MICHIGAN   │
                              │        COUNTY OF BERRIEN             │
                              │ My Commission Expires February 7, 2024│
                              │ Acting in the County of __Berrien__  │
                              └──────────────────────────────────────┘

                              My Commission Expires February 7, 2024



# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

United States Trustee Attorney
Plaintiff

Adv. Proc. No. 16-80283

V.

Linda A. Allen
Defendant

_____ /

## CERTIFICATE OF SERVICE

I, allen-bey, linda herby certify that I am of such age and discretion as to be

competent to serve papers. I further certify that I caused a copy of Motion for improper

Venue, **Exhibit A.** and **Exhibit B,** mailed U.S. postal mail to Dean E. Rietberg at the

address listed below.

Dean E. Rietberg
Office of the U.S. Trustee
125 Ottawa Ave. NW
Suite 200R
Grand Rapids,  49503

By; _Allen-bey, linda ann beneficiary_
Allen-Bey, Linda Ann

**EXHIBIT A**

FILED

Drafted by; [illegible] 2017 JUL 31 AM 11:15

DANIEL M. LAVILLE, CLERK
After Recording Return To RUPTCY COURT
Linda Allen-Bey    WEST DIST. OF MICH.
c/o P.O. Box 8990                    )
Benton Harbor, Michigan [49023] )

Lori D. Jarvis Register Of Deeds
Berrien County, Michigan
Rec       $26.00              Recorded
Remon   $4.00         JUNE 22, 2017   10:34:16 AM
Tax Crt  $0.00        Liber 3175   Page 1492 - 1499
Receipt #473307      AFF          #2017189005

Liber 3175 Page 1492

THE ABOVE SPACE IS FOR FILING OFFICE ONLY

## AFFIDAVIT OF DECLARATION OF CITIZENSHIP STATUS
### AND NOTICE AND DEMAND TO CORRECT THE RECORD

**1. It is a fact that:** I allen, linda ann being of the age of majority, complete in my faculties, a natural born Divine creation, of the most high.

**2. It is a fact that:** That I allen, linda ann am natural born State Citizen of Michigan in its Bill of Rights/constitutional capacity, as one of the several states of the Union.

**3. It is a fact that:** I allen, linda ann am one of the **Posterity of "We the People"** by whom and for whom the Bill of Rights was originally ordained and established according to its Preamble.

**4. WHEREAS** I allen, linda ann as a living woman I am making claim of right as an American State Citizen to the soiled land lot 18, east & grams liber 11 of plats where I domicile, travel and stand. As a gesture of peace, goodwill, and harmony. I am a non-adverse, non-belligerent combatant, non-Statutory, Non Commercial, Non Franchise, Non U.S. citizen, and Non U.S. National of the united States. I am domiciled in a private abode, within a non-military occupied private estate. I express under exclusive equitable rights for the safe harbor and safe passage for LINDA ANN ALLEN ESTATE and for the protection of LINDA ANN ALLEN, an American State Citizen from trespass, by **City, County, Federal, State and Municipal/Corporation trustee's/employees**. I am providing you with this Affidavit of Declaration of Citizenship Status for **City, County, Federal, State and Municipal/Corporation trustee's/employees**. As a courtesy to you and as a relief for me, should you decide to trespass on One's rights upon me, my Family or the LINDA ANN ALLEN ESTATE. *In example:* for failure to know or obey any of your thousands of corporate codes, rules, regulations and statutes. Being a State Citizen a living woman when there is a **conflict of law and variance** between the statutes, color of law, and common laws I invoke exclusive equity **regarding same subject matter, That being so** an equitable solution will always will be granted for relief. **See Exhibit A**

Berrien County Register of Deeds
RECEIVED 6/22/2017 9:39 AM

# State of Michigan



FILED
2017 JUL 31  AM 11: 15

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

## DEPARTMENT OF STATE
## NOTARY PUBLIC CERTIFICATION

*I, Ruth Johnson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, GERALDINE M KNOX, whose notarization is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Notary Public in and for the County of BERRIEN in this State and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*



*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Lansing, this 6th day of July in the year of our Lord two thousand and seventeen.*

*Ruth A. Johnson*

*Secretary of State*

**200076-4-515789-OGS**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

Date June 21, 2017                          By; *Allen-bey, linda ann*
                                               Allen-Bey, Linda Ann


## JURAT

Berrien County      )
                    ) SS
Michigan State      )


SUBSCRIBED TO AND SWORN before me on this _21_ day _June_ ,2017 A.D. a Notary that
*Allen-bey, Linda Ann* ,personally appeared and known to me to be the woman whose name
subscribed to within the instrument and acknowledged to be the same.

                        *Geraldine M. Knox* Seal;
                        Notary Public

                        My Commission Expires *February 7, 2024*

GERALDINE M KNOX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BERRIEN
My Commission Expires February 7, 2024
Acting in the County of _Berrien_

EXHIBIT A

Lot 18, East & Grams Subdivision, according to the recorded plat thereof, as recorded in Liber 11 of plats, page 59, Berrien County records.

FILED

2017 JUL 31  AM II: 16
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

# Pope Francis Sends Obama Powerful Letter Via Attorney [on] July 4th 2014

Posted on August 19, 2015 by Truth Serum

**CIVIL ORDERS – JULY 4, 2014**

Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

These organic American states of the Union known as The United States of America (major) exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command The Grand Army of the Republic (GAR) and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America (major) stationed in North America and shall join them under his Command as The Grand Army of the Republic. All forces of air, land, and sea are to be employed.

Any cost or loss suffered as a result of deployment of The Grand Army of the Republic shall be charged as stipulated prior.

All effort shall be made by The Grand Army of the Republic to spare life and property while undertaking any action whatsoever within the states of the Union without exception. The GAR is uniquely enabled by these Orders to operate on the land of the fifty (50) organic states for the purposes of securing the lives and property of the American States and American State Citizens. The GAR is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitations of its authority, and their own obligation to act in favor of the organic states of the Union. The Grand Army of the Republic shall continue to operate under General Order 100 known as the Lieber Code, extant from the pen of the last Republic President, Abraham Lincoln.

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as "President" of the UNITED STATES Corporation nor as the "President" of the United States of America (minor) are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

Mr. Obama is the "President" of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America (minor). In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil, however veiled as federal civilian service agencies. We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by "the Department of Homeland Security", FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the "US Congress", the administrators of all "federal" agencies, the members of the "Supreme Court" and those acting as "Governors" to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent crimes committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt subject to bounty.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the

United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other "states" as may be willing to receive them.

Such "foreign officials" include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to re-venue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any "Act" of any "Congress" operating as the sovereign government of the United States of America (minor), nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those Estates and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.

All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made "in their behalf" by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to "represent" them or have jurisdiction over them.

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of African Americans who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War.

Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the "US government" to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand public sector ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

**EXHIBIT B**

FILED

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN** 2017 JUL 31   AM 11: 16

Linda Ann Allen , allen linda ann **living woman breathing**
LINDA A. ALLEN, LINDA ANN ALLEN **corporate dead entity**
Plaintiff

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

Adv. Proc. No. 16-80283

V.

Dean E. Rietberg d/b/a United States Trustee, CORPORATION
Defendant

_____/

## AFFIDAVIT OF LIFE

1. I, allen, linda ann am familiar with the facts recited below; and hereby

declare under penalty of perjury that I, Linda Ann of the family of Allen,

Affiant, being over the age of twenty-one (21) years, competent to witness does state for

the public record the following:

**2. I, allen, linda ann** am a natural born State Citizen of Michigan with

 substantive rights.

**3**. I allen, linda ann is alive and well, I am not dead nor lost beyond the sea I am

providing this Affidavit of Life to whom it may concern the City, County, Federal, State

and Municipal/Corporation trustee's/employees. As a courtesy to you and as a relief for

me, that you will not trespass on One's rights upon me,  the Family of Allen or the

LINDA ANN ALLEN ESTATE.

**4**. That the public record on file with the Office of the Registrar of the County of Berrien

State of Michigan located at 701 Main St. St. Joseph, Michigan 49085, and Office of the

Registrar Vital Records Office State of Michigan located at 333 S. Grand Ave. Lansing,

Michigan 48909. Shows that the entity known as Linda Ann Allen took the first

breath of life on the twenty-second day of the month of June in the year one thousand

nine-hundred and sixth-six 06 June 1966, and:

# State of Michigan



FILED

2017 JUL 31 AM 11: 17

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

## DEPARTMENT OF STATE
### NOTARY PUBLIC CERTIFICATION

I, Ruth Johnson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, GERALDINE M KNOX, whose notarization is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Notary Public in and for the County of BERRIEN in this State and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.

IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Lansing, this 6th day of July in the year of our Lord two thousand and seventeen.



*Ruth A. Johnson*

Secretary of State

**200076-4-515792-OGS**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

**5.** That as of the date of this Affidavit of Life the entity known as Linda Ann Allen is **Still alive and Breathing**, and;

**6.** Since the twenty-second day of the month of June in the year one thousand nine-hundred and sixty-six I allen, linda ann, has not surrendered nor abandoned any

claims of life nor of any and all claims of estate to include but not limited to

LINDA ALLEN, and;

**7.** That the attachments Exhibit A, Exhibit B, and Exhibit C to this affidavit are

considered as Points, Authorities of Law, and Medical records proof of alive and;

**8.** Further Affiant saith naught.

I hereby declare under penalty of perjury that the above information is complete, correct, the truth, the whole truth, nothing but the truth to the best of my knowledge.

by; _allen, linda ann_ 06-28-2017
Witness:                                          allen, linda ann
_John Lee Ray_ 6-28-2017    Linda-Ann of the family Allen
John Lee Ray

## JURAT

Berrien County
                    SS
Michigan State

SUBSCRIBED TO AND SWORN before me on this _28_ day _June_ 2017 A.D.

a Notary that _allen, linda ann, John Lee Ray_ personally appeared known to me to be the woman whose name subscribed to within the instrument and acknowledged to be the same.
_Geraldine M. Knox_
                Notary Public

My Commission Expires
_February 7, 2024_

Seal;

```
GERALDINE M KNOX
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BERRIEN
My Commission Expires February 7, 2024
Acting in the County of  Berrien
```

I allen, linda ann as a living woman and breathing, I am making this claim of life as a Private American State Citizen to the soiled land lot 18, east & grams liber 11 of plats where I domicile, travel and stand.

FILED

2017 JUL 31  AM 11: 17

DANIEL H. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

**EXHIBIT A**

Corpus Juris Secundum
Section 16, Page 892:

FACT OF DEATH: Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is void. While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is absolutely void. Although, that payment to an administrator of an absentee who is not in fact dead is no defense against the absentee or his legal representative, nor are costs and disbursement incurred by such administrator a legal charge against the absentee or his property; but where the administrator has paid debts of the absentee, he is subrogated to the rights of the creditors whom he has paid. It has been considered, however, that the invalidity of the administration does not relate back, but that it is invalid only the time when the presumption of death is rebutted.

FILED

2017 JUL 31   AM 11: 17

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

**EXHIBIT B**

**Cestui Que Vie Act 1666**
**1666 Chapter 11**

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend. X1 Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead. Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners. X1 Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below. Modifications etc. (not altering text)

C1 Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), Sch. 2

C2 Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), Sch. 1

C3 Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3

[I.] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead. If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead.

**EXHIBIT C**

FILED

2017 JUL 31  AM 11: 17

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

**DON J TYNES MD INTERNAL MEDICINE-PEDIATRICS**
756 pipestone street suit 2
BENTON HARBOR, MI 49022-4857
Phone 269-926-8535    Fax 269-926-8528

**ALLEN-BEY, LINDA  (DOB: 6/22/1966 ID: 1696)**

Jun 30, 2017 04:03:08 PM

CC          WEUGHT LOSS PROGRAM

HPI         51 Y/O AA FEMALE IN WITH COMPLAINT OF COUGH WITH BP MED.(BENAZAPRIL).ALSO
            PEDAL EDEMA LEFT ANKLE. NO WEIGHT LOSS.

ROS         + for positive answers;  leave blank for negative answers; ask all questions and elaborate were
            needed
            Constitutional: Fever Chills Weight Change No appetite Fatigue Insomnia
            Eyes: Vision Dry Itching Double Vision Redness Drainage Pain Halo Black spot
            ENT/Mouth: Mouthsores Loose or painful teeth Bleeding gums Hearing Pain ears Nose
            bleed
            CV: Chest pain Palpitations Swelling Shortness of breath
            Respiratory+ Coughing Wheezing Sputum Congestion Sinus
            GI Nausea Vomiting Heartburn Constipation Diarrhea Blood in stool Flatus
            GU; Frequency Dysuria Hematuria Incontinence Sexual Dysfunction Vag Discharge
            M.S. Muscle problems Back problems Joint Swelling or Pain
            Skin: Skin problems Hair problems Nail problems
            Breast: Masses Nipple discharge Pain
            Neuro: Headache Dizziness Numbness Weakness Seizure Tremor
            Psych Depression Anxiety Mood changes Hopless feelings Hear voices seeing things
            Endo: Excessive thirst Cold intolerance Weight Change Excessive hunger Nightmares
            Hemo/Lym: Anemia Bruising Blood clots Swollen glands
            Allergy/Immuno: Food allergies Hay fever Eczema Asthma
            Potential Abuse Physical Sexual Mental Emotional
            Anticipatory guidance:
            Sex drug ETOH TOB, Peer pressure, diet, Car safety, water safety
            Sex Active:  Yes  No
            + for positive answers;  leave blank for negative answers; ask all questions and elaborate were
            needed
            Constitutional: Fever Chills Weight Change No appetite Fatigue Insomnia
            Eyes: Vision Dry Itching Double Vision Redness Drainage Pain Halo Black spot
            ENT/Mouth: Mouth sores Loose or painful teeth Bleeding gums Hearing Pain ears Nose
            bleed
            CV: Chest pain Palpitations Swelling Shortness of breath
            Respiratory Coughing Wheezing Sputum Congestion Sinus
            GI Nausea Vomiting Heartburn Constipation Diarrhea Blood in stool Flatus
            GU; Frequency Dysuria Hematuria Incontinence Sexual Dysfunction Vag Discharge
            M.S. Muscle problems Back problems Joint Swelling or Pain
            Skin: Skin problems Hair problems Nail problems
            Breast: Masses Nipple discharge Pain
            Neuro: Headache Dizziness Numbness Weakness Seizure Tremor
            Psych Depression Anxiety Mood changes Hopless feelings Hear voices seeing things
            Endo: Excessive thirst Cold intolerance Weight Change Excessive hunger Nightmares
            Hemo/Lym: Anemia Bruising Blood clots Swollen glands
            Allergy/Immuno: Food allergies Hay fever Eczema Asthma
            Potential Abuse Physical Sexual Mental Emotional
            Anticipatory guidance:
            Sex  drug ETOH TOB, Peer pressure, diet, Car safety, water safety
            Sex Active:  Yes  No

Printed By: DON TYNES, MD  7/11/2017 4:18:51 PM

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.

**ALLEN-BEY, LINDA  (DOB: 6/22/1966 ID: 1696)**                    · **Jun 30, 2017 Fri 03:08 PM**

| | |
|---|---|
| PMH | HTN<br>DYSLIPIDEMIA |
| SH | [Tobacco: Never smoker]<br>OCCASIONAL ALCOHOL<br>NO DRUGS |
| FH | Patient denies any family history of CAD, HTN, DM, or CA. |
| Allergies | atorvastatin, angiotensin converting enzyme inhibitor |
| Meds | 1) Adipex-P 37.5 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>2) amLODIPine 5 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>3) benazepril 10 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>4) colestipol 1 g oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>5) Keflex 500 mg oral capsule, Take 1 pill by mouth BID X 2 Weeks (14d) |
| Vitals | Wt: 166 lb  Ht/Ln: 61 in  BMI: 31.4  BP: 133/93  Pulse: 100  RR: 18 |
| PE | WNWD NAD. Affect is normal and appropriate. Mucosa is pink and moist. Pharnx without erythema or injection. PERRLa. TMs and canals are normal bilaterally with normal light reflex and no erythema. Neck is supple without significant lympadenopathy or thyromegaly. Chest CTA with normal I:E. Heart is RRR, nL S1 and S2 without murmers, thrills, or rubs. Abdomen soft & non-tender. No HSM or masses appreciated. Extremities show no cyanosis, clubbing, or edema. Reflexes are normal and 2+ symmetrically of knees and achilles. Gait is WNL. |
| A/P | # Body Mass Index BMI 31.0-31.9, adult  (Z68.31):<br># Obesity  (E66.9):<br># Dysmetabolic syndrome X  (E88.81):<br># Angiotensin-converting-enzyme inhibitor adverse reaction  (T46.4X5S):COUGH<br><br>Plan printed and provided to patient:<br>PRESCRIBE: chlorthalidone 25 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d), # 30, RF: 3. (Transmitted by DON TYNES, MD)<br>PRESCRIBE: Coreg 3.125 mg oral tablet, Take 1 pill by mouth BID X 1 Month (30d), # 60, RF: 3. (Transmitted by DON TYNES, MD)  (D/C BENAZAPRIL ALLERGY TO ACE)<br>PRESCRIBE: amLODIPine 5 mg oral tablet, Take 1 pill by mouth QD (Daily) X 1 Month (30d), # 30, RF: 3. (Transmitted by DON TYNES, MD)<br>REMOVED: benazepril 10 mg oral tablet Take 1 pill by mouth QD (Daily) X 1 Month (30d)<br>PROVIDED: Patient Education (6/30/2017)<br>ORDERED/ADVISED:  - F/U IN 48 - 72 HOURS  ICD Codes (T46.4X5S, Z68.31, E88.81, E66.9) |

Coded: Medium Complexity >

*Electronically Signed By: DON TYNES, MD*

6/30/17 3:35 PM

The information on this page is confidential.
Any release of this information requires the written authorization of the patient listed above.