

# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

FILED

2017 JUL 31 AM 11: 18

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

## Search Report

June 08, 2017

The Michigan Secretary of State certifies that the attached is a record, according to the search criteria specified, of all financing statements, tax liens, and amendments naming the debtor, as filed with the Uniform Commercial Code office, as of the above certification date.

### Disclaimer

Information relative to security interest and statutory liens obtained from the index is for information purposes only. Such information does not relieve any person or business from liability, alter priorities of security interest or liens, or affect any other legal rights or responsibilities. The index primarily contains information relative to security interests and statutory liens which have been filed for record on or before the above certification date. There may be security interests and statutory liens filed after that date which are valid. A search request limited under Administrative Rule R 440.508(1) may not reveal all filings against the debtor searched. The searcher bears the risk of relying on the limited search.

Ruth Johnson
Secretary of State

LINDA ANN ALLEN-BEY
P.O. BOX 8990
Benton Harbor, MI 49023 USA



# DEPARTMENT OF STATE

I, Ruth Johnson, Secretary of State and Custodian of the Great Seal of the State of Michigan, certify that a search of the Uniform Commercial Code Record for **GOLDEN ASSETS SETTLEMENT TRUST** shows no active documents on file through the certificate date of June 8, 2017.  *End of Certification*

FILED 2017 JUL 31 AM 11:18
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

June 12, 2017
Dated

*Ruth A. Johnson*
Ruth Johnson
Secretary of State

Form 44 (12/10)



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

**Date:** June 12, 2017
**Customer ID:** 16880
**Reference No:** S-20170612000082
**Debtor Name:** GOLDEN ASSETS SETTLEMENT TRUST
**Certified Through:** 06/08/2017

**Format:** Certificate and Copies
**Date Range:** N/A
**City Limited:** N/A
**Search Criteria:** All (Including Lapsed)

## No Records Found



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

FILED
2017 JUL 31  AM 11: 17

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

## Search Report

June 08, 2017

The Michigan Secretary of State certifies that the attached is a record, according to the search criteria specified, of all financing statements, tax liens, and amendments naming the debtor, as filed with the Uniform Commercial Code office, as of the above certification date.

### Disclaimer

Information relative to security interest and statutory liens obtained from the index is for information purposes only. Such information does not relieve any person or business from liability, alter priorities of security interest or liens, or affect any other legal rights or responsibilities. The index primarily contains information relative to security interests and statutory liens which have been filed for record on or before the above certification date. There may be security interests and statutory liens filed after that date which are valid. A search request limited under Administrative Rule R 440.508(1) may not reveal all filings against the debtor searched. The searcher bears the risk of relying on the limited search.

Ruth Johnson
Secretary of State

LINDA ANN ALLEN-BEY
P.O. BOX 8990
Benton Harbor, MI 49023 USA



# DEPARTMENT OF STATE

I, Ruth Johnson, Secretary of State and Custodian of the Great Seal of the State of Michigan, certify that a search of the Uniform Commercial Code Record for LINDA A. ALLEN shows no active documents on file through the certificate date of June 8, 2017.  *End of Certification*

FILED
2017 JUL 31 AM 11:17
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.



June 12, 2017
Dated

*Ruth A. Johnson*
Ruth Johnson
Secretary of State

Form 44 (12/10)



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

**Date:** June 12, 2017
**Customer ID:** 16880
**Reference No:** S-20170612000061
**Debtor Name:** LINDA A. ALLEN
**Certified Through:** 06/08/2017

**Format:** Certificate and Copies
**Date Range:** N/A
**City Limited:** N/A
**Search Criteria:** All (Including Lapsed)

## No Records Found