To: Judge Gregg

FILED

2017 JUL 31 AM 11: 13

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST OF MICH.

I, **Linda Ann Allen-Bey** affirm/swear that I truly believe:

1. That the style of name "Dean E. Rietberg" is not the style name of any attorney admitted to practice in this district. I ask this court to order the individual using "Dean E. Rietberg" as identification to enter his certificate of admission in the official record of these proceedings for a judicial determination.

2. The "United States Trustee" is not a plaintiff with legal standing in this matter. Only the sovereign can allege a violation of its laws in its own name.

3. The individual using the false identification "Dean E. Rietberg" has filed documents under color of law in this matter using the names of at least two different courts:

1. United States Bankruptcy Court Western District of Michigan

2. United States Bankruptcy Court for the Western District of Michigan

4. My understanding is that the "district court of the United States" bankruptcy division is the proper court for bankruptcy hearings. At least one of these courts is a court of an improper venue.

5. On 5/18/2017 "Dean E. Rietberg" simulated a legal process "SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSE PROCEEDING)" to a legal fiction "Jane Doe" a.k.a. "Linda A. Allen" and it attempting to coerce my accepting this abomination as my identification in a legal matter requiring the use of full legal names.

FILED

2017 JUL 31  AM 11: 13

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICH.

**6.** According to 6 CFR 37.3 (Title 6 - Homeland Security; Chapter I – Department Of Homeland Security, Office Of The Secretary; Part 37 -Real Id Driver's Licenses And Identification Cards; Subpart A – General), Full legal name means "an individual's first name, middle name(s), and last name or surname, without use of initials or nicknames." The use of "Linda A. Allen" and "Dean E. Rietberg" by the individual prosecuting for a plaintiff with no legal standing is a violation of 6 CFR 37.3.

## Petition for relief

These entire proceedings are an attempt to seize my private property without due process. I am the sole proprietor of LINDA ANN ALLEN, and the real party in interest to the Social Security Account under the Social Security Account Number 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. It is my belief my assets have been converted to discharge any outstanding debts and any alleged creditors made whole. Therefor I ask this court do an accounting on the remainder of the assets, and issue a decree establishing my rights, titles and interest in the remaining balance, and return the remainder to me as legal tender for my exclusive use and enjoyment.

Date: July 26, 2017                    by; Allen-bey, linda ann
                                             **Linda Ann Allen-Bey**

## JURAT

Berrien County

SS

Michigan State

SUBSCRIBED TO AND SWORN before me on this __26__ day __July__ 2017 A.D. a Notary that ___Allen-bey, Linda Ann___, personally appeared and known to me to be the woman whose name subscribed to within the instrument and acknowledged to be the same.

Notary _Geraldine M. Knox_            Seal

> GERALDINE M KNOX
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF BERRIEN
> My Commission Expires February 7, 2024
> Acting in the County of _Berrien_