UNITED STATES BANKRUPTCY COURT

THE WESTERN DISTRICT OF MICHIGAN

Dean Rietberg, d/b/a United States Trustee Attorney
Plaintiff
v.

Linda A. Allen,
Defendant

Adv. Pro. No. 16-80283-jtg
Chapter 7
Hon. John T. Gregg

**OBJECTION**

For the record I Linda Ann Allen-Bey, am a private American Michigan state Citizen, a natural born divine creation woman, of the most high (God) having substantive/ unalienable God giving rights. I am the grantor and beneficiary of the estate being administered. I am **not** the agent, trustee, surety, nor the named defendant which you seek to settle your matter. I am **not** a federal resident. **I am** a Michigan state Citizen. My appearance/attendance will always be in propria persona **nunc pro tunc** (now for then) and forevermore. The U.S. Attorney Dean Edward Rietberg has not presented to the court, or to me any documentation which supports a verified claim against me. I am objecting to the Plaintiff's attorney response to the **Motion for Improper Venue and Lack of Personal Jurisdiction, Praecipe,** and **Writ of Error.**

1. **OBJECTION**, to the U.S. Trustee's Attorney Dean Edward Rietberg response on the praecipe. "The Praecipe" is requesting the clerk of court to issue the Writ and to identify the contents. I **object** to the U.S. Trustee's Attorney's Dean Edward Rietberg response on the "The Writ of Error. " The Writ of Error was filed seeking equitable relief in the court of exclusive equity jurisdiction.

1.

2.                **Procedural History/Background**

**OBJECTION,** an unsworn statement made by the U.S. Trustee's Attorney Dean Edward Rietberg who lacks competence to state facts about what he has no first-hand knowledge to offer this court and his statements is considered hearsay. I am requesting the court to order U.S. Attorney Dean Edward Rietberg to subpoena his client the plaintiff to submit to cross-examination under oath with first hand knowledge and information related to the alleged allegations. The IRS did **not** follow proper procedure pursuant to Michigan Secretary of State Ruth Johnson there was **no** tax liens **nor** financial statements filed in her office by the Internal Revenue Service shown on the docket.

3.           **Standard of Review for Rule 12(b)(6)**

**OBJECTION,** as stated in the first objection "The Praecipe" is **only**

   requesting the clerk of court to issue the Writ and to identify the contents.

   prae·ci·pe          LAW  1.  an order requesting a writ or other legal document.
o  *historical*
o  a writ demanding action or an explanation of nonaction.

4.                         **Argument**

**OBJECTION,** an unsworn statement made by the U.S. Trustee's Attorney Dean Edward Rietberg who lacks competence to testify it is a corrupt and abusive practice and incompetent testimony. The rules of professional conduct that govern lawyers limit the ability of a lawyer to be both witness and counsel for his client. Either the attorney is a attorney and plays the strictly limited part of a attorney , or the attorney is a witness and can no longer play the part of a attorney I move the court to disqualify him to testify

2.

pursuant to the state bar's rules of professional conduct. Anyone offered as a witness must submit to be cross examined under oath. I am requesting the court to order Dean Edward Rietberg to subpoena his client the plaintiff to testify under oath with first hand knowledge and information related to the alleged allegations that he is accusing me of in this matter.

5. **False Oath on All Counts**

**OBJECTION** to all counts U.S.Trustee's Attorney Dean Edward Rietberg who lacks competence to state facts about what he has no first-hand knowledge. As a Private American Michigan state Citizen my labor is **my** property "It has been well said, "The property which every man has in his own labor, as it is the original foundation of all other property, so it is the poor man lies in the strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Adam Smith's Wealth of nations, Book 1, Chapter 10." Butchers' Union Co. V. Crescent City, CO., 111 U.S. 746, 757 (1883)." *See Also* " **The income tax system is based upon voluntary compliance, not distraint." United States Supreme Court, Flora v. United States, 362 US 145. "Income Tax: A tax on the yearly profits arising from property, professions and trades, and offices." Henry Campbell Black, A Law (1910).** *See Also* **Distraint: The seizure and holding of property as security for payment of a debt or satisfaction of a claim. "The IRS's primary task is to collect taxes under a voluntary compliance system—Jerome Kurtz, IRS Commissioner, "Each year American taxpayers voluntarily file their tax returns..."Johnnie Walters, IRS Commission.** *See Also*

3.

**THE FIFTH U.S. CIRCUIT COURT OF APPEALS has issued a stunning ruling admitting that the United States and the federal courts have been systematically misapplying the income tax as a non-apportioned direct tax for decades. The clear implication is that literally trillions of dollars have been improperly taken from their rightful owners, he further implication is that hundreds of men and women– perhaps even thousands– have been victims of legal harassment and intimidation, property seizures, character assassination and even imprisonment, all based on a fraud. At the same time, it is clear that the explosive (and, some would say, republic-eroding) growth of the federal government over the same period has been financed by this same scheme.** <u>Parker v. Comm'r,</u> 724 F.2d 469.

I am requesting a hard copy documents from U.S. Trustee's Attorney Dean Edward Rietberg such as a copy of the determination that states I am a "taxpayer" or I am a person liable or I have been classified within a taxable class. I want the documents of fact which substantiate that determination. I want the documents that identify the law on which those facts were based. I want their specific delegation of authority document to make those determinations. I want copies of all Notices sent or served upon me to the making of those determinations.

I am not invoked in a regulated enterprise, I receive no direct benefits from any government entity, I am not a transferee, I am not a "withholding agent" or a fiduciary, I am not a corporate or collective entity, nor an officer of a corporation or collective Entity, and I am not an employer for the federal government.

4.

I am a natural born woman alive and breathing of Michigan State and do not reside in, was not born in, nor do I exercise my rights to work within, any aspect of the territorial, maritime, or legislative jurisdiction of the United States.

## Conclusion

**Therefore,** I Linda Ann Allen-Bey respectfully request that the court order U.S. Attorney Dean Edward Rietberg subpoena his client the plaintiff as a competence witness to testify and to be cross-examination under oath with first hand knowledge and information related to the alleged allegations in this matter. I have not seen the bonds supporting these action which gives U.S. Attorney Dean Edward Rietberg proper standing in this court to address me on these matters. I respectfully request that the court order U.S. Attorney Dean Edward Rietberg to produce the bonds to provide indemnity for himself or his client in the event of any misstep that may occur which may cause damage to the public and myself. If U.S. Attorney Dean Edward Rietberg refuse to subpoena his client the plaintiff to testify and to be cross-examination under oath I'm respectfully request the court dismiss U.S. Attorney Dean Edward Rietberg suit, claim, and all allegations and grant the discharge and such other relief that may be just. I'm respectfully requesting that the court dismiss U.S. Attorney Dean Edward Rietberg suit, claim, and all allegations and grant the discharge and such other relief that may be just if U.S. Attorney Dean Edward Rietberg do not produce the bonds from the time he brought this suit October 3, 2016. **nunc pro tunc** (now for then) .

5.

Date 08/14/2017

By: allen-bey, linda ann beneficiary