## UNITED STATES BANKRUPTCY COURT

## THE WESTERN DISTRICT OF MICHIGAN

Dean Rietberg, d/b/a United States Trustee Attorney
  Plaintiff
v.

Linda A. Allen,
  Defendant

Adv. Pro. No. 16-80283-jtg
Chapter 7
Hon. John T. Gregg

**OBJECTION**

**OBJECTING TO THE UNITED STATES TRUSTEE'S RESPONSE ON THE MOTION FOR IMPROPER VENUE AND LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(3)**

For the record I Linda Ann Allen-Bey, am a private American Michigan state Citizen, a natural born divine creation woman, of the most high (God) having substantive/ unalienable God giving rights. I am the grantor and beneficiary of the estate being administered in this proceeding. I am **not** the agent, trustee, surety, nor the named defendant which you seek to settle your matter. I am **not** a federal resident. I **am a** Michigan state Citizen. My appearance/attendance has always been in propria persona **nunc pro tunc** (now for then) and forevermore.

1. **OBJECTION,** I Linda Ann Allen-Bey object to the response of the U.S. Trustee Attorney I did not waive my rights under F.R.B.P. 7012(h)(1). When there is a conflict between the rules of laws and the rules of equity over the same matter, the rules of equity shall prevail. Based on discovery, I stated this court has jurisdiction over this matter pursuant to Article IV, Section 4 and 5 of the Michigan Constitution and Article III, Section 2 of the united States Constitution.

## Jurisdiction

2. **OBJECTION,** I Linda Ann Allen-Bey object to the response of the U.S. Trustee Attorney. Based on New discovery and my status as a private American Michigan state Citizen alive and breathing. I am the grantor and beneficiary of the estate being administered in this proceeding, I have state that I am not that fictional entity Linda A. Allen. I invoked equity before the this court seeking equitable relief in the private court of exclusive equity. When there is a conflict between the rules of laws and the rules of equity over the same matter, the rules of equity shall prevail. Equity will not suffer a wrong to be without a remedy. The United States Bankruptcy Court The Western District of Michigan court has jurisdiction over this matter pursuant to Article IV, Section 4 and 5 of the Michigan Constitution and Article III, Section 2 of the united States Constitution.

## Venue

3. **OBJECTION,** I Linda Ann Allen-Bey object to the response of the U.S. Trustee Attorney. The individual using the false identification "Dean E. Rietberg" has filed documents under color of law in this matter using the names of at least two different courts:
1. United States Bankruptcy Court Western District of Michigan.

2. United States Bankruptcy Court for the Western District of Michigan.

My understanding is that the "district court of the United States" bankruptcy division is the proper court for bankruptcy hearings. At least one of these courts is a court of an improper venue. The use of "Linda A. Allen" and "Dean E. Rietberg" by the individual prosecuting for a plaintiff with no legal standing is a violation of[ 6CFR 37.3.].

2.

On 5/18/2017 "Dean E. Rietberg" simulated a legal process "SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSE PROCEEDING)" to a legal fiction "Jane Doe" a.k.a. "Linda A. Allen" and it attempting to coerce my accepting this abomination as my identification in a legal matter requiring the use of full legal names. U.S. Trustee Attorney has violated [18 USC 242]. I object the venue is not proper, I am a natural born woman alive and breathing of Michigan State and do not reside in the federal Judicial district, was not born in the federal Judicial district nor do I exercise my rights to work in the federal Judicial district within any aspect of the territorial, maritime, or legislative jurisdiction of the United States. I did not waive my rights under F.R.B.P. 7012(b)(3). ). When there is a conflict between the rules of laws and the rules of equity over the same matter, the rules of equity shall prevail.

## Conclusion

Therefore, I Linda Ann Allen-Bey respectfully request that the court order U.S. Attorney Dean Edward Rietberg to subpoena his client the plaintiff as a competence witness to testify under oath with first hand knowledge and information related to the alleged allegations in this matter. If U.S. Attorney Dean Edward Rietberg refuse to subpoena his client the plaintiff to testify and to be cross-examination under oath I'm respectfully request the court dismiss U.S. Attorney Dean Edward Rietberg suit, claim, and all allegations and grant the discharge and such other relief that may be just.

3.

Date 08/14/2017

By', allen-bey, linda ann beneficiary